**UNITED STATES COURT OF APPEALS**
**FOR THE FIFTH CIRCUIT**

_____

**No. 00-10495**
**Summary Calendar**

_____

**UNITED STATES OF AMERICA,**

**Plaintiff-Appellee,**

**versus**

**BETTY JEAN COLE,**

**Defendant-Appellant.**

_____

**Appeal from the United States District Court**
**for the Northern District of Texas**
**(5:00-CR-9-ALL-C)**

_____

December 8, 2000

Before HIGGINBOTHAM, WIENER, and BARKSDALE, Circuit Judges.

PER CURIAM:[*]

Concerning Betty Jean Cole's conviction and sentence for possession of cocaine with intent to distribute, based on her guilty plea, her appointed counsel has moved for leave to withdraw and has filed a brief in accordance with **Anders v. California**, 386 U.S. 738 (1967).  Cole was notified of counsel's motion and brief, but has _not_ filed a response.  Our independent review of the record and counsel's brief shows that there are _no_ nonfrivolous issues for appeal.  Consequently, counsel's motion for leave to withdraw is

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

**GRANTED**, counsel is excused from further responsibilities herein, and the appeal is **DISMISSED** as frivolous.  *See* 5TH CIR. R. 42.2.

*MOTION GRANTED; APPEAL DISMISSED*